IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADVANCEME, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAPIDPAY LLC, et. al,<br><br>Defendants. | 1 07-MI 0036<br>CIVIL ACTION NO.<br>05-000424-LED*<br><br>* Action is pending in the United States District Court for the Eastern District of Texas |
| ADVANCEME, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERIMERCHANT LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>06-000082-LED*<br><br>* Action is pending in the United States District Court for the Eastern District of Texas |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record will be served by first class mail on this day, February 7, 2007. I further certify that Jim Ewing was hand-delivered a copy of this Motion by courier on this day, February 7, 2007. The remaining counselors of record were served by email on this day, February 7, 2007 at the following email addresses:

Willem Schuurman – bschuurman@velaw.com

Brian Buss – bbuss@velaw.com

Joseph Gray – jgray@velaw.com

R. Floyd Walker – fwalker@velaw.com

John G. Parker