# EXHIBIT J

**TO AFFIDAVIT OF RONALD S. LEMIEUX IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION FOR AN *EX PARTE* HEARING FOR A PROTECTIVE ORDER IN CONNECTION WITH A SUBPOENA THAT WAS SERVED ON THIRD PARTY JOHN KONOP AND THE SCHEDULING OF HIS DEPOSITION ON FEBRUARY 8, 2007, A DATE THAT COUNSEL FOR ADVANCEME IS UNABLE TO ATTEND**

**Williams, Shanee**

**From:** Williams, Shanee

**Sent:** Tuesday, February 06, 2007 3:56 PM

**To:** 'bschuurman@velaw.com'; 'jgray@velaw.com'; 'bbuss@velaw.com'; 'fwalker@velaw.com'; 'hpreston@velaw.com'; 'dougmcswane@potterminton.com'

**Cc:** Jones-Shine, Rosemary

**Subject:** *AdvanceMe v. RapidPay; AdvanceMe v. Amerimerchant*

Dear Counsel:

I attempted to contact Messrs. Schuurman and Gray this afternoon to discuss the orders issued from the Eastern District of Texas concerning the Konop deposition, and was advised that both Mr. Schuurman and Mr. Gray are away from the office traveling. This shall serve as notice that AdvanceMe intends to file an emergency *ex parte* application in the Northern District of Georgia tomorrow, seeking the same relief requested of the Eastern District of Texas concerning the Konop deposition. However, AdvanceMe remains willing to discuss alternative deposition dates so as to avoid unnecessary motion practice. Indeed, AdvanceMe encourages the Defendants to cooperate in such discussions as Judge Love's order clearly indicates his expectation that the parties attempt to resolve this matter informally.

Accordingly, please contact me to discuss potential alternative dates for the Konop deposition. AdvanceMe reserves the right to seek its costs and fees should it be forced to file an emergency *ex parte* application in the Northern District of Georgia.

Shanée Y. Williams, Attorney | Paul, Hastings, Janofsky & Walker LLP | Five Palo Alto Square, Sixth Floor, Palo Alto, CA 94306 | direct: 650 320 1836 | main: 650 320 1800 | direct fax: 650 320 1936 | main fax: 650 320 1900 | shaneewilliams@paulhastings.com | www.paulhastings.com

Vinson&Elkins

R. Floyd Walker fwalker@velaw.com
Tel 512.542.8453 Fax 512.236.3232

February 6, 2007

Shanée Y. Williams
Associate, Litigation Department
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re: Plaintiff's intent to file an *ex parte* motion in the Northern District of Georgia.

Dear Shanée:

This is in response to your e-mail noticing AdvanceMe's intent to file an *ex parte* motion in the Northern District of Georgia.

As you are aware, Mr. Gray and Mr. Schuurman are currently in Atlanta, Georgia and insist on being involved in any motion practice. We have hired local counsel, namely, Jim Ewing of Kilpatrick Stockton, and he, along with Messrs. Gray and Schuurman, intend to be involved in any motion that Plaintiff should choose to file. In addition, our offer to postpone the 30(b)(6) deposition of Defendant Reach Financial until next week still stands. In particular, we offered Monday, February 12, 2007 as a reasonable alternate date for that deposition. In addition, Robert Matz will be in Atlanta, Georgia on February 7, 2007 and it would resolve the whole issue if you would accept our long-standing offer to postpone this defendant's 30(b)(6) deposition, thereby making Mr. Matz available to attend the deposition of John Konop on the following day, also in Atlanta, Georgia.

It is improper for you to file any sort of *ex parte* motion when you know that counsel for the Defendants are in Atlanta and will file an opposition to your brief within a short period after receiving your motion papers, and will make specific arrangements to attend, in person, tomorrow, February 7, 2007, any hearing on this matter. You have no basis to exclude us from any motion or hearing on this matter, when you know that we are available, will act promptly to get this matter resolved, and strongly oppose your motion.

Additionally, you are obliged to inform the Court of the following facts: (1) You have already filed for relief in the Eastern District of Texas, where your motion was denied; (2) Defendants have offered to accommodate Plaintiff regarding this issue, and this offer has been refused; (3) Robert Matz will be in Atlanta, on February 7th, attending a third party deposition in this case and could easily attend Mr. Konop's deposition in Atlanta on February 8th, if you would simply accept our offer to postpone the 30(b)(6) deposition of one of the

defendants; (4) Plaintiff has had notice of the rescheduled date of Mr. Konop's deposition since January 22, 2007; and (5) Counsel for Defendants will make themselves available at short notice to personally attend a hearing on this motion tomorrow. This makes any motion for *ex parte* relief totally improper.

Further, we expect that you will attach this letter to your motion, and will specifically draw the court's attention to the simple way that this scheduling matter can be resolved to benefit the third party, John Konop, who has made it very clear that he would like to get this matter over, that he insists on having his rescheduled deposition on February 8, 2007, and that the delays and last minute attempts to postpone his scheduled deposition is interfering with his business affairs.

Should you persist on filing a motion tomorrow, communications regarding this matter must be sent to the following people immediately by e-mail and also by telephone where indicated:

Jim Ewing (Defendant's Local Counsel in Atlanta, Georgia)
jewing@kilstock.com; and at
(404) 815-6494

Willem G. Schuurman
bschuurman@velaw.com

Brian K. Buss
bbuss@velaw.com; and at
(512) 542-8580

Joseph D. Gray
jgray@velaw.com

R. Floyd Walker
fwalker@velaw.com

Lastly, in Plaintiff's previously denied motion, Plaintiff did not file an affidavit declaring your unavailability. Having taken three third party depositions recently, why aren't you available for Mr. Konop's deposition?

Sincerely,

*/s/ Floyd Walker*

R. Floyd Walker

cc: Willem G. Schuurman
Joseph D. Gray
Brian K. Buss
Doug McSwane
Otis Carroll
Ronald Lemieux
Robert Matz
Michael Edelman