# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-00342-JTC
## AdvanceMe, Inc. v. Rapidpay, LLC et al
## Honorable Jack T. Camp

Minute Sheet for proceedings held In Open Court on 02/08/2007.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 1:05

COURT REPORTER: Lori Burgess
CSO/DUSM: Curtis Brown
DEPUTY CLERK: Debbie Schrepfer

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Ewing representing First Funds LLC<br>James Ewing representing Merchant Money Tree, Inc.<br>James Ewing representing Reach Financial, LLC<br>John Parker representing AdvanceMe, Inc.<br>Burleigh Singleton representing First Funds LLC<br>Burleigh Singleton representing Merchant Money Tree, Inc.<br>Burleigh Singleton representing Reach Financial, LLC |
| OTHER(S) PRESENT: | Bill Schuurman for RapidPay<br>Stephanie Jackman for AdvanceMe |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | [1]Motion for Hearing GRANTED IN PART & DENIED IN PART - granting hearing<br>denying motion for protective order.<br>[2]Motion for Miscellaneous Relief GRANTED in part - Court delayed starting time for deposition until 1:00 p.m. |
| MINUTE TEXT: | Plaintiff's inhouse counsel, PARIS SANZ, sworn, testified. Defendant witness JOSEPH KONOP sworn, testified. Defendant Exhibit 1 provided the Court (email dated 2/7/07); Plaintiff Exhibit 1 provided the Court (responsive email). Court DENIED motion for protective order; Court delayed start of deposition until 1:00 p.m. As no other matters remain in this case, the Clerk is directed to CLOSE this action. |
| HEARING STATUS: | Hearing Concluded |