FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan
MAR 20 2007
James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADVANCEME, INC., ) | |
| ) | CRIMINAL ACTION |
| VS. ) | FILE NO. 1:07-CV-342-JTC |
| ) | |
| ) | ATLANTA, GA |
| RAPIDPAY, LLC., ET AL., ) | FEBRUARY 8, 2007 |
| ) | 9:30 A.M. |

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JACK T. CAMP
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | JOHN PARKER<br>STEPHANIE JACKMAN<br>PARIS SANZ<br>ATTORNEYS AT LAW |
| FOR THE DEFENDANT: | WILLEM SHUURMAN<br>JOSEPH GRAY<br>JIM EWING<br>BURLEIGH SINGLETON<br>ATTORNEYS AT LAW |

LORI BURGESS, OFFICIAL COURT REPORTER
(404) 215-1528

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY CAT.

# THE TRANSCRIPT FROM THE COURT PROCEEDING IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the Court transcript.)